[No. 41237-3-II.  Division Two.  April 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL W. MONTGOMERY, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 07-1-00041-6, William J. Faubion, J. Pro Tem., entered September 27, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Johanson, J.

[No. 41432-5-II.  Division Two.  April 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON TIMOTHY WEISS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00362-4, Vicki L. Hogan, J., entered November 10, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 41783-9-II.  Division Two.  April 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. J.D. KIENITZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-00316-5, Diane M. Woolard, J., entered February 18, 2010. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Van Deren and Worswick, JJ.

[No. 41826-6-II.  Division Two.  April 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAYTON CHAPIN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01449-1, Carol Murphy, J., entered February 17, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall and Johanson, JJ.